JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARO J. GONZALEZ,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>US BANK HOME MORTGAGE and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　　Defendants. | Case No. 2:12-cv-06699-ODW (JCx)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS [7]** |

　　　　On August 31, 2012, the Court granted Defendants' unopposed motions to dismiss and provided Plaintiff 14 days to amend her Complaint. (ECF No. 10.) The Court noted that failure to amend within 21 days (i.e., by September 21, 2012) would result in dismissal of this action with prejudice. As of the date of this Order, the Court

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

has received neither an amended complaint nor anything the Court could construe as a request for a continuance.  This case is therefore **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

September 27, 2012

_____
      **HON. OTIS D. WRIGHT, II**
  **UNITED STATES DISTRICT JUDGE**